1  KENNETH J. TROIANO
   ATTORNEY AT LAW
2  State Bar Number 134786
   P.O. Box 33536
3  San Diego, California 92163-3536
4  (858) 268-8600

5  Attorney for Defendant
6  JOSE ANTONIO GARCIA-GRACIAN

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
10                      (HON. IRMA E. GONZALEZ)

11 UNITED STATES OF AMERICA,        ) Criminal Case #: **08CR1185-IEG**
12                                  )
              Plaintiff,            ) Date: **June 2, 2008**
13                                  ) Time: **2:00 p.m.**
   v.                               )
14                                  ) **NOTICE OF MOTIONS AND**
15 JOSE ANTONIO GARCIA-GRACIA,      ) **MOTIONS TO/FOR:**
                                    )
16            Defendant.            ) 1) **COMPEL DISCOVERY**
                                    ) 2) **LEAVE TO FILE FURTHER**
17                                  )    **MOTIONS**
18                                  ) 3) **RESERVE RIGHT TO HEARING**
                                    )
19 _____)

20     PLEASE TAKE NOTICE that on Monday June 2, 2008, at 2:00 p.m., the
21 defendant, JOSE ANTONIO GARCIA-GRACIA, by and through his counsel, KENNETH
22 J. TROIANO, will bring the below listed motions.

23                              **MOTIONS**
24     The defendant, Jose Garcia, hereby moves the Court pursuant to the Federal
25 Rules of Criminal Procedure, the United States Constitution, and all other statutes and
26 related case law, to/for:
27
28

1) Compel the government to provide discovery of any and all evidence that is discoverable under Rule 16(a)(1)(A)-(E), <u>Brady v. Maryland</u>, and <u>Giglio v. United States</u>; and

2) For leave to file further motions; and

3) Reserve his right to a hearing regarding post-arrest statements.

Respectfully submitted,

Dated: <u>May 19, 2008</u>

<u>S/Kenneth J. Troiano</u>
Kenneth J. Troiano
Attorney for Defendant
Jose Antonio Garcia-Gracia

ii

## Proof of Service

I, Kenneth J. Troiano, declare as follows:

That I am a citizen of the United States and resident of the County of San Diego, State of California.

That I am over the age of 18 years and not a party to the within action.

That my business mailing address is: P.O. Box 33536, San Diego, California 92163, telephone number: (858) 268-8600.

That on May 19, 2008, I caused to be filed in the United States District Court for the Southern District of California the Defendant's Notice of Motions and Motions to Compel Discovery, Leave to File Further Motions, Reserve Right to a Hearing, and Memorandum of Points and Authorities in *United States v Jose Antonio Garcia-Gracian, 08C11885-IEG,* as follows[1]:

1) U.S. District Court (E-File)

2) AUSA Caroline Pineda Han – Caroline.Han@usdoj.gov, efile.dkt.gc1@usdoj.gov, pauline.fejeran@usdoj.gov .

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2008 at San Diego, California.

*s/Kenneth J. Troiano*
Kenneth J. Troiano
Declarant

---

[1] E-filing names and addresses conform to CM/ECF Mailing Information available on day of filing